SAMUELS, GREEN & STEEL, LLP
SCOTT R. ALBRECHT, State Bar No. 201614
GLEN R. SEGAL, State Bar No. 126316
19800 MacArthur Boulevard, Suite 1000
Irvine, California 92612
Telephone: (949) 263-0004
Facsimile: (949) 263-0005

Attorneys for Judgment Creditor
RONALD L. ANDERSON

STEPHEN MATHIAS TENNIS, SBN 41138
LAW OFFICE OF STEPHEN M. TENNIS
DAVID T. CHAPMAN, SBN 207900
250 Camino Alto # 105
Mill Valley, CA 94941
Telephone: (415) 389-8696
Facsimile: (650) 618-2646
stevetennis27@gmail.com

Attorneys for Defendant / Judgment Debtor
MARCY M. LINDGREN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD L. ANDERSON, an individual of Big Pine Key, Florida,<br><br>Plaintiff / Judgment Creditor,<br>v.<br><br>RED ROCKS, LLC, a South Carolina limited liability company; J. CHRIS LINDGREN, an individual of Hilton Head Island, South Carolina; and MARCY M. LINDGREN, an individual of Hilton Head Island, South Carolina,<br><br>Defendants / Judgment Debtors. | Case No. 4:15-mc-80173-KAW<br><br>Assigned to: The Hon. Magistrate Judge Kandis A. Westmore<br><br>**JOINT STATUS REPORT**<br><br>Hearing Date: February 18, 2016<br><br>Time: 11:00 a.m.<br><br>Courtroom 4, 3rd floor<br><br>Date Filed: 06/19/2015 |

The parties have now executed a Settlement Agreement and pursuant to that Agreement have directed that funds being withheld pursuant to Judgment Creditor's

Writ of Execution be disbursed in accordance with the terms of the Agreement. The internal procedures of the entity holding those funds will result in the funds being disbursed on the day after the date of the currently scheduled hearing. Since dismissal of this matter under the Settlement Agreement is contingent upon funds actually being received by Judgment Creditor, the parties request that the Claim of Exemption hearing currently scheduled for February 18, 2016 be continued for two weeks consistent with the Court's schedule so as to allow the funds to be disbursed and received by all parties.

Respectfully submitted,

DATED: February 12, 2016        LAW OFFICE OF STEPHEN M. TENNIS

                                By: /s/ Stephen M. Tennis
                                    Attorneys for Defendant /
                                    Judgment Debtor
                                    Marcy M. Lindgren

DATED: February 12, 2016        SAMUELS, GREEN & STEEL, LLP

                                By: /s/ Scott R. Albrecht
                                    Attorneys for Plaintiff / Judgment
                                    Creditor Ronald Anderson

The motions hearings previously set for February 18, 2016, are hereby continued until March 17, 2016.



IT IS SO ORDERED
Kandis Westmore
Judge Kandis Westmore